AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

ACUITY A MUTUAL INSURANCE COMPANY, a Mutual Insurance Company,

*Plaintiff(s)*

v.

SIGNATURE CONCRETE & COATINGS, INC. doing business as SIGNATURE AIR CONDITIONING AND HEATING, a Nevada Corporation; KNIGHT SPECIALTY INSURANCE COMPANY, et. al.

*Defendant(s)*

Civil Action No. 2:23-cv-02099-JCM-BNW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Signature Concrete & Coatings, Inc.
dba Signature Air Conditioning and Heating
c/o American Contractors Institute, Inc.
133 E Warm Springs Rd., Ste. 101
LAS VEGAS, NV, 89119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael C. Mills, Esq.
Bauman Loewe Witt & Maxwell
3650 N Rancho Dr., #114
Las Vegas, NV 89130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*(signature)*

(By) DEPUTY CLERK

12/21/23
DATE

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

                                                        _____
                                                                         *Server's signature*

                                                        _____
                                                                        *Printed name and title*

                                                        _____
                                                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| ACUITY A MUTUAL INSURANCE COMPANY, a Mutual Insurance Company, <br><br> *Plaintiff(s)* <br> v. <br><br> SIGNATURE CONCRETE & COATINGS, INC. doing business as SIGNATURE AIR CONDITIONING AND HEATING, a Nevada Corporation; KNIGHT SPECIALTY INSURANCE COMPANY, et. al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:23-cv-02099-JCM-BNW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Knight Specialty Insurance Company
c/o Diane J. Bartels, Esq., Registered Agent
Brandywine Village 1807 N Market Street
Willmington, DE 19802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael C. Mills, Esq.
Bauman Loewe Witt & Maxwell
3650 N Rancho Dr., #114
Las Vegas, NV 89130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*[signature]*
(By) DEPUTY CLERK

12/21/23
DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: