JAMES E. WHITMIRE, ESQ.
Nevada State Bar No. 6533
**WHITMIRE LAW, PLLC**
10785 West Twain, Suite 226
Las Vegas, Nevada 89135
Tel.: (702) 846-0949 / Fax: (702) 727-1343
jwhitmire@whitmirelawnv.com
*Attorneys for Defendant Signature Concrete &*
*Coatings, Inc. d/b/a Signature Air Conditioning and*
*Heating*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ACUITY A MUTUAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>SIGNATURE CONCRETE & COATINGS, INC. doing business as SIGNATURE AIR CONDITIONING AND HEARING, a Nevada Corporation; KNIGHT SPECIALTY INSURANCE COMPANY, et al.,<br><br>        Defendants. |  Case No.: 2:23-cv-02099-JCM-BNW<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT SIGNATURE CONCRETE & COATINGS, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff and defendant Signature Concrete & Coatings, Inc. d/b/a Signature Air Conditioning and Heating ("Defendant"), by and through their counsel, state the following:

1.    Plaintiff filed its Complaint on December 20, 2023.  (ECF No. 1).

2.    Defendant was served with the Complaint on January 17, 2024.

3.    Defendant has twenty-one (21) days to answer or otherwise respond to the Complaint, or until February 7, 2024.

4.    Plaintiff and Defendant agree to a fourteen (14) day extension for Defendant to answer or otherwise respond to the Complaint from February 7, 2024 to **February 21, 2024.**

5.      This extension is being sought for good cause and not for the purposes of delay. Defendant's counsel was recently retained, is evaluating this matter and needs additional time to prepare a response to the Complaint.

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| **BAUMAN LOEWE WITT & MAXWELL** | **WHITMIRE LAW, PLLC** |
| _/s/  Michael C. Mills_ | _/s/ James E. Whitmire_ |
| MICHAEL C. MILLS, ESQ. | JAMES E. WHITMIRE, ESQ. |
| Nevada Bar No. 3534 | Nevada State Bar No. 6533 |
| 3650 N. Rancho Dr., #114 | 10785 West Twain, Suite 226 |
| Las Vegas, Nevada 89130 | Las Vegas, Nevada 89135 |
| Tel.: (702) 240-6060 / Fax: (702) 240-4267 | Tel.: (702) 846-0949 / Fax: (702) 727-1343 |
| mmills@blwmlawfirm.com | jwhitmire@whitmirelawnv.com |
| _Attorney for Plaintiff_ | _Attorney for Defendant Signature Concrete & Coatings, Inc. d/b/a Signature Air Conditioning and Heating_ |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  2/7/2024 _____

- 2 -