Marisa A. Pocci, Esq.
Nevada Bar No. 10720
Sean D. Cooney, Esq.
Nevada Bar No. 12945
Litchfield Cavo LLP
3753 Howard Hughes Parkway, Ste. 200
Las Vegas, NV 89169
Phone: 702-949-3100
Fax: 702-916-1776

Attorneys for Defendant Knight
Specialty Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ACUITY A MUTUAL INSURANCE COMPANY, a Mutual Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>SIGNATURE CONCRETE & COATINGS, INC. doing business as SIGNATURE AIR CONDITIONING AND HEATING, a Nevada Corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a Delaware Corporation, DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO:   2:23-cv-02099-JCM-BNW |

### STIPULATION AND ORDER REGARDING KNIGHT SPECIALTY INSURANCE COMPANY'S EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT OR OTHERWISE PLEAD

Defendants Knight Specialty Insurance Company, and Signature Concrete & Coatings ("Defendants") and Plaintiff Acuity, a Mutual Insurance Company, by and through their respective attorneys, jointly move this Court to extend the deadline for Defendant Knight Specialty Insurance Company to answer Plaintiff's Complaint or otherwise plead by March 8, 2024. In support thereof, the parties state as follows:

///

///

**STIPULATION AND ORDER RE: KNIGHT SPECIALTY INSURANCE COMPANY'S EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT OR TO OTHERWISE PLEAD**
- PAGE 1 OF 3 -

4120001v1

1. On December 20, 2023, Plaintiff filed the subjection action in the U.S. District Court, District of Nevada based on the Federal Declaratory Relief Act, 28 U.S.C. § 2201(a) and on the diversity of the parties.

2. On January 12, 2024, Plaintiff had served the Resident Agent for Knight Specialty Insurance Company.  [ECF 21].

3. According to the Fed. R. Civ. P. Defendants have 21 days to Answer or otherwise respond to the Complaint, which deadline expired on February 2, 2024.

4. On February 9, 2024, Plaintiff served Defendant Knight Specialty Insurance Company with a Notice of Intent to Default granting an extension to Answer until February 23, 2024.  [ECF 8].

5. On February 21, 2024, counsel for Plaintiff received a call from the third-party administrator for Knight Specialty Insurance Company seeking additional time to Answer.  Counsel extended the time to answer March 1, 2024.

6. On February 28, 2024, Counsel for Plaintiff received an email from the undersigned asking for an additional extension.

7. Plaintiff's counsel granted an additional extension until March 8, 2024.

8. Fed. R. Civ. P. Rule 6(b)(1)(2) provides that a Court may, for good cause shown, extend the time for an act to be done if a party makes such request before the original time or prior extensions expire.  Here, good cause exists. First, defense counsel has actively investigated Plaintiff's claims since being retained but, despite those efforts, will not be able to sufficiently prepare Defendants' defense to the claims before the present deadline for answering the Complaint.  Second, Plaintiff and Signature will not be prejudiced by this extension to March 8, 2024.  Third, this is these parties' first

///
///
///
///

**STIPULATION AND ORDER RE: KNIGHT SPECIALTY INSURANCE COMPANY'S EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT OR TO OTHERWISE PLEAD**
- PAGE 2 OF 3 -

4120001v1

request for an extension of time and providing this extension will not impact any other dates in this case, given that the Court has not yet entered a scheduling order.

**STIPULATED AND AGREED TO BY:**

Dated this  1st  day of  March , 2024.          Dated this _____ day of _____, 2024.

Bauman Loewe Witt & Maxwell, PLLC              Whitmire Law, PLLC

 /s/ Michael C. Mills                           [No response by time of filing.]
Michael C. Mills, Esq.                          James E. Whitmire, Esq.
Nevada Bar No. 3534                             Nevada Bar No. 6533
3650 N. Rancho Dr., Ste. 114                    10785 W. Twain, Ste. 226
Las Vegas, NV 89130                             Las Vegas, NV 89135
Phone: 702-240-6060                             Phone: 702-846-0948
Fax: 702-240-4267                               Fax: 702-727-1343
Counsel for Plaintiff, Acuity, a Mutual         Counsel for Defendant, Signature
Insurance Company                               Concrete and Coatings, Inc.

Dated this  1st day of    March  , 2024.

Litchfield Cavo LLP

 /s/ Marisa A. Pocci, Esq.
Marisa A. Pocci, Esq.
Nevada Bar No. 10720
Sean D. Cooney, Esq.
Nevada Bar No. 12945
3753 Howard Hughes Pkwy, Ste. 200
Las Vegas, NV 89169
Phone 702-949-3100
Fax 702-916-1776
Counsel for Defendant Knight Specialty Insurance Company

**ORDER**

IT IS SO ORDERED.

DATED this   5    day of  March       , 2024.

_____

STIPULATION AND ORDER RE: KNIGHT SPECIALTY INSURANCE COMPANY'S
EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT OR TO OTHERWISE PLEAD
- PAGE 3 OF 3 -

4120001v1